IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHICAGO REGIONAL COUNCIL OF       )
CARPENTERS PENSION FUND, et al.,  )
                                  )
            Plaintiffs,           )
                                  )
       v.                         )       13 C3028
                                  )
MIKE MUELLER INSTALLATION, INC.   )
                                  )
            Defendants.           )

MEMORANDUM ORDER

As counsel for defendant Mike Mueller Installation, Inc.

("Mueller") has acknowledged, the Answer that he has filed on

Mueller's behalf is noncompliant with some aspects of (1) the

Federal Rules of Civil Procedure, (2) this District Court's LRs

and (3) the Appendix to this Court's decision in State Farm Mut.

Auto. Ins. Co. v. Riley, 199 F.R.D. 276 (N.D. Ill. 2001).

Accordingly that Answer is stricken and, as Mueller's counsel has

confirmed, an appropriate Amended Answer is to be filed before

the next scheduled status hearing of August 2, 2013.

_____
Milton I. Shadur
Senior United States District Judge

Dated:  July 12, 2013